Kristen J. Nesbit (SBN 242426)
    E-Mail: knesbit@fisherphillips.com
Nathan V. Okelberry (SBN 266596)
    E-Mail: nokelberry@fisherphillips.com
Sophia G. Ellis (SBN 348096)
    E-Mail: sgellis@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
CRST EXPEDITED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HAOCHENG "WILLIAM" WANG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CRST EXPEDITED, INC. an Iowa corporation; JOANNA J. VELASQUEZ, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: 5:24−cv−00657 JWH (DTBx)<br>*[Assigned to Hon. John W. Holcomb]*<br><br>*[Removed from San Bernardino County Superior Court, Case No. CIVSB2332243]*<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT**<br><br>*[Filed concurrently with Stipulation for Protective Order]*<br><br>Complaint Filed: December 23, 2023<br>Trial Date: Not set. |

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation and Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: December 18, 2024

_____
HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On December 18, 2024 I served the foregoing document entitled **[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Nicol E. Hajjar, Esq.<br>Elizabeth M. Votra, Esq.<br>Lauren Moorehead<br>Eva Pedro<br>WILSHIRE LAW FIRM<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, California 90010 | *Attorneys for Plaintiff,*<br>*Haocheng "William" Wang*<br><br>Tel:   (213) 381-9988<br>Fax:  (213) 381-9989<br>Email: nicol@wilshirelawfirm.com;<br>elizabeth.votra@wilshirelawfirm.com;<br>lauren.moorehead@wilshirelawfirm.com;<br>eva.pedro@wilshirelawfirm.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** – Pursuant to an agreement of the parties to accept service by electronic transmission, I caused the aforementioned document(s) to be transmitted by e-mail to the address(es) listed.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 18, 2024 at Los Angeles, California.

Rocio Gonzalez                                        By: *R. González*
Print Name                                                      Signature